1  Albert J. Tumpson (State Bar No. 122950)
   LAW OFFICES OF ALBERT J. TUMPSON
2  9595 Wilshire Boulevard, Suite 305
   Beverly Hills, California 90210
3  Telephone: (310)858-7635

4  Attorneys for Defendants, PAUL KANTNER and SAIO THORN, INC.

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9

10 JEFFERSON STARSHIP, INC., GRACE      )   CASE NO. C 07-01586 MHP
   SLICK JOHNSON p/k/a GRACE SLICK and )
11 WILLIAM C. THOMPSON                  )   STIPULATION AND [PROPOSED]
                                        )   ORDER RE: STATUS CONFERENCE
12         Plaintiffs,                  )
                                        )
13                                      )
       vs.                              )
14                                      )
   PAUL KANTNER, SAIO THORN, INC. and  )
15 MICHAEL GAIMAN, individually and d/b/a )
   MISSION CONTROL                      )
16                                      )
                                        )
17         Defendants                   )
                                        )

18

19     The signatories below, by and through their counsel, being all of the parties to this action,

20 hereby stipulate as follows:

21     **WHEREAS** the Court referred this matter for Early Neutral Evaluation ("ENE") to be

22 completed by November 16, 2007;

23     **WHEREAS**, despite diligence in attempting to meet the foregoing deadline, an evaluator

24 was not assigned until November 5, 2007;

25     **WHEREAS** the parties and the evaluator have selected January 10, 2008 as the date for

26 the ENE to take place;

27     **WHEREAS** this Court scheduled a status conference for November 26, 2007 at 3:00

28
       STIPULATION AND ORDER RE: STATUS CONFERENCE – C 07-01586 MHP

1 | p.m. assuming that the ENE would be completed by that date; and

2 |     **WHEREAS**, at the previous Status Conference, the Court set a deadline of November 30, 2007 for the filing of counterclaims by defendants assuming that the ENE would be completed before that date; and

    **NOW, THEREFORE**, Plaintiffs and Defendants hereby stipulate that the Status Conference be continued until a date following the ENE now scheduled for January 10, 2008 and that the deadline for filing counterclaims by Defendants be extended until two weeks after the date of the Status Conference as continued.

Dated: November 20, 2007

LAW OFFICES OF GLENDON W. MISKEL

_____
Glendon W. Miskel, Attorney for Plaintiffs,
Jefferson Starship, Inc., Grace Slick Johnson
and William C. Thompson

LAW OFFICES OF ALBERT J. TUMPSON

_____
Albert J. Tumpson, Attorney for Defendants,
Paul Kantner and Saio Thorn, Inc.

THE LAW OFFICES OF ALLAN SCHWARTZ

_____
Allan Schwartz, Attorney for Defendant, Michael Gaiman

Dated: November 26, 2007

    It is hereby **ORDERED** that the Status Conference, now scheduled for November 26, 2007 be continued until January 28, 2008 and that the deadline for filing of counterclaims by Defendants be extended until a date set at the ~~, 2008.~~ the hearing on January 28, 2008. Joint Status Report to be filed one week prior to the conference.

_____
United States Dist[rict Judge]
**IT IS SO ORDERED**
Judge Marilyn H. Patel

STIPULATION AND ORDER RE: STATUS CONF[ERENCE]
-2-