Albert J. Tumpson (State Bar No. 122950)
LAW OFFICES OF ALBERT J. TUMPSON
9595 Wilshire Boulevard, Suite 305
Beverly Hills, California 90210
Telephone: (310) 858-7635

Attorneys for Defendants, PAUL KANTNER and SAIO THORN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERSON STARSHIP, INC., GRACE SLICK JOHNSON p/k/a GRACE SLICK and WILLIAM C. THOMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL KANTNER, SAIO THORN, INC. and MICHAEL GAIMAN, individually and d/b/a MISSION CONTROL<br><br>Defendants | CASE NO. C 07-01586 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: STATUS CONFERENCE** |

The signatories below, by and through their counsel, being all of the parties to this action, hereby stipulate as follows:

**WHEREAS** the Court referred this matter for Early Neutral Evaluation ("ENE") to be completed by November 16, 2007;

**WHEREAS**, despite diligence in attempting to meet the foregoing deadline, an evaluator was not assigned until November 5, 2007;

**WHEREAS**, in order to facilitate the ENE, this Court, by Order dated November 26, 2007, continued the Status Conference herein, previously scheduled for November 26, 2007 to January 28, 2008, at 3:00 p.m. and further ordered that the deadline for filing counterclaims

STIPULATION AND ORDER RE: STATUS CONFERENCE – C 07-01586 MHP

would be continued and set at the said continued Status Conference ; and

**WHEREAS** the ENE was held on January 10, 2008;

**WHEREAS**, following the ENE, the parties have engaged in settlement negotiations and believe they are close to an agreement;

**NOW, THEREFORE**, Plaintiffs and Defendants hereby stipulate that the Status Conference, now scheduled for January 28, 2008, be continued for thirty (30) days and that the deadline for filing counterclaims by Defendants be continued and set at that Status Conference.

Dated: January 23, 2008

LAW OFFICES OF GLENDON W. MISKEL

/S/
_____
Glendon W. Miskel, Attorney for Plaintiffs,
Jefferson Starship, Inc., Grace Slick Johnson
and William C. Thompson

LAW OFFICES OF ALBERT J. TUMPSON

/S/
_____
Albert J. Tumpson, Attorney for Defendants,
Paul Kantner and Saio Thorn, Inc.

THE LAW OFFICES OF ALLAN SCHWARTZ

/S/
_____
Allan Schwartz, Attorney for Defendant, Michael Gaiman

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/
_____
Albert J. Tumpson

Dated: January 24, 2007

It is hereby **ORDERED** that the Status Conference, now scheduled for January 28, 2008 be continued until 3:00 p.m. on March 3 2008 and that the deadline for filing of counterclaims by Defendants be extended until a date set at the Status Conference on that date. Joint Status Report to be filed one week prior to the conference. Joint status report due not later than 2/25/2008.

*IT IS SO ORDERED*
Judge Marilyn H. Patel

STIPULATION AND ORDER RE: STATUS CONFERENCE – C 07-01586 MHP
-2-

PRINTED ON RECYCLED PAPER